**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 18CR00919-AJB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| REYES EDUARDO SOLIS-RODRIGUEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA,

IT IS ORDERED that the Information in Criminal Case No. 18CR00919-AJB against defendant REYES EDUARDO SOLIS-RODRIGUEZ be, and hereby is, dismissed;

IT IS SO ORDERED.

Dated: March 29, 2018

Hon. Anthony J. Battaglia
United States District Judge